# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH WARRANT OF MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH MICROSOFT E-MAIL ACCOUNTS CJ@EARTHWATER.COM And BB@EARTHWATER.COM | ) Misc. No. 3:17-mj-392-DCK<br>)<br>) **UNDER SEAL**<br>)<br>)<br>) |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order granting a ninety-day extension of the Court's order dated November 16, 2017 (attached hereto as Exhibit A) commanding Microsoft Corporation (MICROSOFT CORP.), an electronic communications service provider and/or a remote computing service, not to notify any person, including the subscribers or customers of the accounts listed in the search warrant, of the existence of the attached search warrant (the "Search Warrant") (attached here as Exhibit B), until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the Search Warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. See 18 U.S.C. § 2705(b)(2), (3), (5).

**IT IS, THEREFORE, ORDERED** under 18 U.S.C. § 2705(b) that MICROSOFT CORP. shall not disclose the existence of the Search Warrant until March 22, 2019, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that

1

MICROSOFT CORP. may disclose the Search Warrant to an attorney for MICROSOFT CORP. for the purpose of receiving legal advice.

**IT IS FURTHER ORDERED** that the application and this Order are sealed until otherwise ordered by the Court.

Signed: December 6, 2018

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.

2

Case 3:17-mj-00392-DCK   Document 12   Filed 12/07/18   Page 2 of 2